IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
WESTERN DIVISION

| | |
|---|---|
| THOMAS A. BODY )<br>DARLENE BODY )<br>Plaintiffs, )<br> )<br> ) <br>v. )<br> )<br>HOST MARRIOTT CORPORATION )<br> )<br>Defendant. ) | CIVIL ACTION FILE<br>NO 2: 10 CV02249 /STA cye |

MOTION FOR ADMITTANCE PRO HAC VICE TO APPEAR FOR PLAINTIFF

Comes Now, Pursuant to Local Rule 93.1 (B), Barry L Roseman, member in good standing of the Georgia Bar and admitted to practice before all Courts in Georgia, including the Supreme Court of Georgia, the highest Court of last resort in that State, and moves the Court to grant special permission to him to appear for the plaintiffs in the pro se filed action file no. 2:10 CV 02249 STA cye. File herewith is a certificate attesting to the petition's being licensed to practice and is in good standing at the bar of the highest court of the State of Georgia. His Georgia Bar Number is 614400.

An affidavit in support of the motion is filed herewith together with a certificate showing that the petitioning attorney has obtained and is familiar with the local rules of this court, including the Guidelines of Professional Courtesy and Conduct, and a

proposed order for special admission to practice pro hac vice

                                                **RESPECTFULLY SUBMITTED,**

                                                **BARRY L. ROSEMAN**
                                                **GEORGIA BAR NUMBER 614400**

**ROSEMAN & CITRON**
**SUITE 500**
**3330 CUMBERLAND BLVD**
**PO BOX 724148**
**ATLANTA, GA. 30119**
**Telephone: (404) 524-7900**

2